

COM.

v.

WARE, M.

2215 EDA 2016

Superior Court of Pennsylvania.

04/05/2017

CP–51–CR–0007621–2009 (Philadelphia)

Affirmed

PHILLIPS, C.

v.

WEIDENBAUM, B.

2342 EDA 2016

Superior Court of Pennsylvania.

04/05/2017

2016–01495 (Northampton)

Affirmed

K.C.

v.

A.B.

3115 EDA 2016

Superior Court of Pennsylvania.

4/5/2017

1186 CV 2016
193 DR 2016
(Monroe)

Affirmed

COM.

v.

PERZEL, J.

1382 MDA 2014

Superior Court of Pennsylvania.

04/05/2017

CP–22–CR–0002589–2010 (Dauphin)

Vacated/Remanded

